Robert C. Niesley, Bar No. 131373
rniesley@wthf.com
Jeffrey T. Robbins, Bar No. 213271
jrobbins@wthf.com
Yanna J. Li, Bar No. 258330
yli@wthf.com
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
2040 Main Street, Suite 300
Irvine, CA 92614
Telephone: 949-852-6700
Facsimile: 949-261-0771

Attorneys for Plaintiff
SURETEC INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

SURETEC INSURANCE COMPANY, a Texas corporation,

Plaintiff,

v.

ORCHARD HILLS ESTATES, LLC, a California limited liability company; ORCHARD HILLS ESTATES II, LLC, a California limited liability company; RICHARD A. CONTO, an individual; CHERYL LYNN CONTO, an individual; BRIAN N. MCCARTHY, an individual; and VALERIE LOJEWSKI-MCCARTHY, an individual,
Defendants.

**CASE NO. 2:09-cv-00110-LKK-EFB**

**COURTROOM 4**

**ORDER TO EXTEND DEADLINE TO COMPLETE SERVICE**

Upon reading and considering the application of Plaintiff Suretec Insurance Company ("Suretec") for an order to extend the deadline to complete service on Defendants Orchard Hills Estates, LLC, Orchard Hills Estates II, LLC, Richard A. Conto, Cheryl Lynn Conto, Brian N. McCarthy and Valerie Lojewski-McCarthy (collectively "Defendants") and the declaration presented in support thereof, and it satisfactorily appearing to the Court that Defendants cannot be served with reasonable diligence in any other manner provided in Federal Rules of Civil Procedure Rule 4 other than service of process via publication, that service via publication is not deemed complete until after the



PDF created with pdfFactory trial version www.pdffactory.com

publication has been in place for four consecutive weeks, and it also appearing that a good cause of action exists against the Defendants and that the Defendants are necessary and proper parties to this action,

**IT IS HEREBY ORDERED** that the deadline to complete service is extended to June 29, 2009.

DATED: June 12, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT



PDF created with pdfFactory trial version www.pdffactory.com



P:\102594-6\Proposed Order to Extend Deadline to Complete Service.doc



PDF created with pdfFactory trial version www.pdffactory.com