LANAK & HANNA, P.C.
Craig P. Bronstein, Esq. (Bar No. 174124)
Michael K. Murray, Esq. (Bar No. 265785)
625 The City Drive South, Suite 190
Orange, CA 92868
Telephone:  (714) 550-0418
Facsimile:   (714) 703-1610
cpbronstein@lanak-hanna.com
mkmurray@lanak-hanna.com

Attorneys for Plaintiff,
 SURETEC INSURANCE COMPANY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURETEC INSURANCE COMPANY, | CASE NO. 2:09-cv-00110-LLK-EFB |
| Plaintiff, | **ORDER TO ENFORCE MONEY JUDGMENT AGAINST TRUST BENEFICIARY** |
| v. | DATE: November 19, 2012<br>TIME:  9:30 a.m.<br>DEPT: 4 |
| ORCHARD HILLS ESTATES, LLC;<br>ORCHARD HILLS ESTATES II, LLC;<br>RICHARD A. CONTO;<br>CHERYL LYNN CONTO;<br>BRIAN N. MCCARTHY; and<br>VALERIE LOJEWSKI-MCCARTHY, | BEFORE SENIOR JUDGE LAWRENCE K. KARLTON |
| Defendants. | |

The above-referenced matter came on regular hearing on November 19, 2012, Senior Judge Karlton presiding. Having considered the petition papers and supporting documents filed by Judgment Creditor/Petitioner, SureTec Insurance Company ("SureTec"), and having listened to oral argument presented at the hearing on this petition,

///

///

///

///

**[ORDER TO ENFORCE JUDGMENT AGAINST TRUST BENEFICIARY]**

G:\DOCS\Orders For Docketing\LKK\121011 Proposed Order re Enforcing against Trust.docx

**IT IS HEREBY ORDERED** that the petition of Judgment Creditor, SureTec is hereby GRANTED, and that SureTec may enforce its Judgment against Cheryl Conto by levying on the assets of the Cheryl L. Conto Separate Property Trust Declaration of Living Trust Dated April 19, 2007 (the "trust"), including but not limited to any real property being held in the name of the trust.

DATED:  November 19, 2012.

LAWRENCE  K.  KARLTON
SENIOR  JUDGE
UNITED  STATES  DISTRICT  COURT

LANAK & HANNA, P.C.

2

G:\DOCS\Orders For Docketing\LKK\121011 Proposed Order re Enforcing against Trust.docx